# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DEBORAH DUROSS GUIBORD,**
Appellant,

v.

**GUARDIANSHIP OF KATHLEEN DUROSS FORD** and
**L. FRANK CHOPIN,**
Appellees.

No. 4D19-502

[August 8, 2019]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case Nos. 50-2018-GA-000542-XXXX-NB and 50-2018-MH-003270-XXXX-NB.

Sonia E. O'Donnell of Sonia E. O'Donnell, P.A., Miami, and Harriet Rae Freeman of Merola & Freeman, P.A., Palm Beach Gardens, for appellant.

Kara Berard Rockenbach of Link & Rockenbach, P.A., West Palm Beach, and Brian M. O'Connell of O'Connell & Crispin Ackal, PLLC, Palm Beach, for appellee Kathleen Duross Ford.

F. Gregory Barnhart, John Scarola and Adam Samuel Hecht of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach, for appellee L. Frank Chopin.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***